United States District Court
Southern District of Texas
**ENTERED**
May 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD ROBINS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-03660** |
| | § | |
| **U.S. DEPARTMENT OF EDUCATION,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Pending before the Court is Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) (ECF No. 6). The Court previously ordered Plaintiff to respond to Defendant's Motion to dismiss by May 4, 2026. While Plaintiff did file a response indicating that he is opposed to dismissal, Plaintiff did not respond to Defendant's argument that this Court lacks subject matter jurisdiction. The Court requires Plaintiff to file a substantive response by May 19, 2026. If Plaintiff does not file a substantive response by that date, the Court will dismiss this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th day of May, 2026.

*[signature]*